To: Whom it may concern.

My name is Shaun Thomas, inmate register number 63986-037. I am writing requesting an extension on my 2255 Post Conviction. I am currently incarcerated at U.S.P. Lee located in Jonesville Virgina where I have been for the past 10 months. Since my incarceration here, I have not recived any of my legal work so I can study my case. Whenever I submit a request to my Unit manager verbally or written to review my sentencing transcripts I seem to get some type of excuse. I have only been granted access to review my legal work one times, which totaled ten minutes. Since being here we have been locked down 6 out of 10 months. This is hindering me from getting to the law library, and not being able to poss is my legal work is intefering with my chances at possibly getting back in court. I am asking with deep veneration if the courts would grant me a extension for my 2255. I need to make certain I am going over everything correctly. Lastly I am requesting a copy of my docket sheet, as well as my statements of reasons. Please let me know if I will be granted the extra time my deadline is March 12th 2020.

Respectfully Submitted.
Shaun Thomas
63986-037

SHAWN THOMAS 63986-037
U.S.P Lee
P.O. Box 305
Jonesville, Virginia 24263



KNOXVILLE TN 377
11 FEB 2020 PM 1 L

_____ FILED     _____ ENTERED
_____ LOGGED    _____ RECEIVED

FEB 14 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Christine T. Asif (court clerk)
U.S. District Court
For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

21201-269699