Mr. Shawn Thomas
#63986-037
USP Lee
P.O. Box 305
Jonesville VA. 24263

Date: 11, 15, 22.

Office of the Clerk
U.S. District Court
For The District of Maryland
Baltimore, MD, 21201

FILED ____ ENTERED
____ LODGED ____ RECEIVED
NOV 2 1 2022
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

RE: United States v. Shawn Thomas, criminal case No. JKB-17-0163, Motion To Vacate, 28 U.S.C. §2255

Dear Honorable Clerk,

    I believe that I have pending before the court a Motion To Vacate pursuant to 28 U.S.C. §2255, I would like to know the status of the motion, because I have not received any motion's, orders, or response from the United State's.

    Thank you in advance for your time and attention as I look forward to your response.

Respectfully & Sincerely
Shawn Thomas 63986-037
Shawn Thomas #63986-037