IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CRIMINAL NO. JKB-17-0163 |
| RICKY EVANS | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Government's Motion to Seal the Government's Sentencing Memorandum (ECF No. 188), it is hereby ORDERED that the Government's Sentencing Memorandum (ECF No. 189) and the Government's Motion to Seal (ECF No. 188) are SEALED for reasons made clear in the sealed record.

DATED this 2 day of October, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge