## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. JKB-17-163 |
| RICKY EVANS | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter is set in for Sentencing in open court on October 8, 2025 at 11:00 a.m. in Courtroom 5A, Edward A. Garmatz United States Courthouse, 101 W. Lombard St., Baltimore, Maryland.

DATED this 6 day of October, 2025.

BY THE COURT:

/S/ James K. Bredar
James K. Bredar
United States District Judge